No. A–164 (O. T. 1995). ADAMS *v.* MOORE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

AUGUST 31, 1995

No. 95–5789 (A–201). FAIRCHILD *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 1, 1995

No. 94–1660. AMERICAN AIRLINES, INC. *v.* LOCKWOOD. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 1121.] Judgment vacated and case remanded to the United States District Court for the Southern District of California with instructions to proceed with the case.

No. D–1552. IN RE DISBARMENT OF CACIOPPO. Disbarment entered. [For earlier order herein, see *ante*, p. 1120.]

No. D–1559. IN RE DISBARMENT OF CREWELL. Disbarment entered. [For earlier order herein, see *ante*, p. 1140.]

No. D–1562. IN RE DISBARMENT OF BARLOW. Disbarment entered. [For earlier order herein, see *ante*, p. 1155.]

No. D–1565. IN RE DISBARMENT OF GOULD. Disbarment entered. [For earlier order herein, see *ante*, p. 1156.]

No. D–1566. IN RE DISBARMENT OF CRIKELAIR. Disbarment entered. [For earlier order herein, see *ante*, p. 1171.]

No. D–1568. IN RE DISBARMENT OF LIDA. Disbarment entered. [For earlier order herein, see *ante*, p. 1171.]